UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 25 AM 9: 10

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
)
vs )  CASE NUMBER  CR206-24
)
RASHAAD PENTA HINES )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ___24th___ day of ___March___, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA